**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Eugene & Milagros Babitz
15 Hancock Drive
West Milford, NJ 07480

May 31, 2016

In Reference To: Chapter 13 hourly
Case #  C13-00719
Invoice # 39481

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2015 | DG | Paralegal- review of time slips; make changes; review of NDC and see if payment should increase; calculate same; prepared atty certification; proposed order; cert of service and letter to client for supplemental fee application; e-file all documents with court; copy and serve interested parties. | 1.20<br>150.00/hr | NO CHARGE |
| 9/25/2015 | JBE | Paralegal- Prepared and filed PCC. | 0.20<br>150.00/hr | 30.00 |
| 9/28/2015 | JR | Paralegal- looked over loss mitigation package and submitted to the lender via DMM portal. | 1.60<br>150.00/hr | 240.00 |
| 9/30/2015 | CB | Plan and prepare for Confirmation hearing, scheduled for tomorrow. Reviewed pleadings, PACER, and NDC website.  Email to JR regarding status of LMP | 0.50<br>375.00/hr | 187.50 |
| 10/1/2015 | CB | Drive to & from Newark for Confirmation hearing (time split with other clients) | 0.40<br>150.00/hr | 60.00 |
|  | CB | Court Appearance at Confirmation hearing.  Plan was confirmed | 0.50<br>375.00/hr | 187.50 |
| 11/4/2015 | JR | Paralegal- looked over missing documents and submitted them to the lender via DMM portal. | 0.20<br>150.00/hr | 30.00 |
| 11/12/2015 | JR | Paralegal- followed up on status of the loss mitigation. | 0.50<br>150.00/hr | 75.00 |

Eugene & Milagros Babitz                                                                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2015 | JR | Paralegal- Drafted and Filed Application to Extend Loss Mitigation along with Certificate of Service to all parties. | 0.70 150.00/hr | 105.00 |
| 12/3/2015 | JR | Paralegal- reviewed requested documents and submitted them to the lender. | 0.20 150.00/hr | 30.00 |
| 1/4/2016 | JR | Paralegal- contacted Meredith regarding requested disability award letter. | 0.10 150.00/hr | NO CHARGE |
| 1/5/2016 | JR | Paralegal- submitted requested documents to the lender. | 0.50 150.00/hr | 75.00 |
| 1/7/2016 | JR | contacted the lender regarding missing documents and Loss Mitigation extension Order. | 0.20 150.00/hr | 30.00 |
|  | CB | Receipt and review of letter from Portfolio on delinquent Subaru payments.  Email to JES to advise clients | 0.20 375.00/hr | 75.00 |
| 1/22/2016 | JR | Followed up with the lender regarding the status of the loan documents | 0.60 150.00/hr | 90.00 |
| 1/26/2016 | JBE | Review of correspondence for vehicle.  Email to client. | 0.20 150.00/hr | 30.00 |
| 2/8/2016 | JR | looked over requested documents and submitted them to the lender. | 0.20 150.00/hr | NO CHARGE |
| 2/17/2016 | JR | Drafted Application to Extend Loss Mitigation along with Cert of Service to all parties involved. | 0.80 150.00/hr | 120.00 |
| 3/22/2016 | JR | Requested the most recent pay stub because of the insurance reimbursement. | 0.10 150.00/hr | NO CHARGE |
| 4/11/2016 | JBE | Voicemail for client re. CPS correspondence.  Ltr to client re. same. | 0.60 150.00/hr | 90.00 |
|  | CB | Receipt and review of letter from Creditor on Subaru regarding delinquency. Discussion with JES regarding not being able to get in touch with clients since March | 0.30 375.00/hr | 112.50 |
| 5/4/2016 | JBE | Email exchange with client. | 0.20 150.00/hr | 30.00 |
| 5/16/2016 | JR | Reviewed the trial period documents and contacted the client with the information. | 0.50 150.00/hr | 75.00 |
| 5/18/2016 | JR | discussed the trial loan modification with the client. | 0.20 150.00/hr | NO CHARGE |
|  | CB | Review of loan modification offer.  Discussed with JES and JR terms thereof, questions for SPS, and restructuring the Plan | 0.40 375.00/hr | 150.00 |

Eugene & Milagros Babitz                                                                                               Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/19/2016 JR | Drafted and Filed application to extend loss mitigation along with proposed order and certificate of service to all parties involved. | 0.80 150.00/hr | 120.00 |
| 5/31/2016 JR | spoke to the client about the loan modification an the decision to accept the trial. Contacted the lender to let them know the client will be accepting the offer and asked about the terms of the proposed loan modification. | 0.30 150.00/hr | 45.00 |
|  | For professional services rendered | 12.20 | $1,987.50 |
|  | Additional Charges : |  |  |
| 9/1/2015 | Parking and/or Tolls- |  | 4.33 |
|  | Total costs |  | $4.33 |
|  | Total amount of this bill |  | $1,991.83 |
|  | Previous balance |  | $492.10 |
| 10/23/2015 | Payment - Thank You |  | ($492.10) |
|  | Total payments and adjustments |  | ($492.10) |
|  | Balance due |  | $1,991.83 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| CB - Christopher Balala, Esq. | 1.90 | 375.00 |
| CB - Christopher Balala, Esq. | 0.40 | 150.00 |
| DG - Dianne Giardina - Paralegal | 1.20 | 0.00 |
| JBE - John B Esposito - Paralegal | 1.20 | 150.00 |
| JR - Jamal Romero - Paralegal | 6.90 | 150.00 |
| JR - Jamal Romero - Paralegal | 0.60 | 0.00 |