**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Eugene & Milagros Babitz
15 Hancock Drive
West Milford, NJ 07480

April 20, 2017

In Reference To: Chapter 13 hourly
Case # C13-00719

Invoice # 41491

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2016 | JR | contacted the lender and advised the client will be accepting the trial period payments. | 0.10 150.00/hr | NO CHARGE |
| 7/13/2016 | JBE | Email to client re. vehicle pmts. | 0.10 150.00/hr | 15.00 |
| 7/18/2016 | CB | Receipt and review of letter from Consumer Portfolio Services regarding delinquency on Subaru. Fwd to JES to advise clients | 0.20 375.00/hr | 75.00 |
| 7/28/2016 | CB | Reviewed another letter from Consumer Portfolio on Subaru "72 Hour Letter". Discussed clients being unresponsive with JES | 0.20 375.00/hr | 75.00 |
| 8/19/2016 | AS | Mailing of Application of Extension of Loss Mitigation Period | 0.10 150.00/hr | NO CHARGE |
| 8/22/2016 | JBE | Email to client concerning delinquency notice fro Subaru. | 0.10 150.00/hr | 15.00 |
| 8/25/2016 | CB | Receipt and review of letter from Consumer Portfolio on delinquent arrears on Subaru. Fwd. to JES | 0.20 375.00/hr | 75.00 |
| 9/15/2016 | AS | Faxed over borrower authorization form for Mortgage company | 0.10 150.00/hr | 15.00 |
|  | JR | reviewed final loan modification documents. | 0.40 150.00/hr | 60.00 |
| 9/19/2016 | CB | Reviewed loan mod being accepted by clients. Discussed filing Motion to Approve as well as amending schedules with AS and JES. Discussed Trustee's MTD and opposition to the same | 0.40 375.00/hr | 150.00 |

Eugene & Milagros Babitz                                                                                                   Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2016 | JR | Paralegal- followed up on the loan modification documents. | 0.10 150.00/hr | NO CHARGE |
|  | AS | Call to Mortgage Company in regards to Loan Modification | 0.20 150.00/hr | 30.00 |
| 9/26/2016 | JR | spoke to the client regarding the executed final loan modification documents | 0.10 150.00/hr | 15.00 |
|  | AS | Motion to Approve Loan Modification and Redaction of Loan Modification | 0.80 150.00/hr | NO CHARGE |
|  | JBE | Review of Trustee's MTD and MFR for Subaru. Email to client. | 0.30 150.00/hr | 45.00 |
| 9/29/2016 | CB | Reviewed MFR filed by Consumer Portfolio on 2003 Subaru showing delinquency for Aug. and Sept. | 0.30 375.00/hr | 112.50 |
| 9/30/2016 | AS | Revisions to Motion to Enter into a Loan Mod | 0.30 150.00/hr | NO CHARGE |
| 10/3/2016 | CB | Revised Motion to Approve Loan Modification | 0.30 375.00/hr | 112.50 |
|  | AS | Corrections to NOM to Enter into Loan Modification Agreement | 0.20 150.00/hr | NO CHARGE |
|  | AS | Filing and Service of NOM to Enter into a Loan Modification | 0.60 150.00/hr | NO CHARGE |
| 10/4/2016 | JR | followed up on the status of the loan modification application with the lender. | 0.30 150.00/hr | 45.00 |
| 10/6/2016 | JBE | Review of NDC. Email to client re. pending Trustee's MTD. | 0.20 150.00/hr | 30.00 |
|  | JBE | Email exchange with client re. payments made on the Subaru. | 0.20 150.00/hr | 30.00 |
| 10/12/2016 | JBE | Prepared oppositions to Trustee's MTD and creditor's MFR. Emailed to client. | 1.00 150.00/hr | 150.00 |
| 10/19/2016 | CB | Emails with adversary regarding resolution and terms thereof of resolution. Status Change Form was filed with the Court | 0.20 375.00/hr | 75.00 |
|  | CB | Plan and prepare for Trustee's Mot. to Dismiss hearing, scheduled for tomorrow | 0.30 375.00/hr | 112.50 |
|  | JBE | Discussed consent order terms with CB for pending MFR. | 0.20 150.00/hr | 30.00 |

Eugene & Milagros Babitz                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2016 | CB | Drive to and from Newark for Trustee's Motion to Dismiss hearing (time split with other clients) | 0.40<br>150.00/hr | 60.00 |
|  | CB | Court appearance at Trustee's MTD hearing. Discussion with JES regarding payments that must be made | 0.70<br>375.00/hr | 262.50 |
| 10/24/2016 | JBE | Modified plan and schedules to account for loan modification. | 1.00<br>150.00/hr | 150.00 |
| 10/25/2016 | CB | Reviewed Mod Plan and discussed clients getting current with JES | 0.30<br>375.00/hr | 112.50 |
|  | JBE | Email to Trustee attaching proof of payment. | 0.10<br>150.00/hr | 15.00 |
| 10/27/2016 | JBE | Prepared amended plan and schedules, email to client. Filed same. | 1.30<br>150.00/hr | 195.00 |
| 10/28/2016 | AS | Service of Modified Plan | 0.70<br>150.00/hr | NO CHARGE |
| 11/2/2016 | CB | Reviewed Cure Order on Subaru. Email to adversary with proposed changes | 0.30<br>375.00/hr | 112.50 |
|  | CB | Plan and prepare for Trustee's COD, scheduled for tomorrow. Reviewed filed pleadings, Mod Plan, and NDC website. Email to JES regarding client's current delinquency | 0.30<br>375.00/hr | 112.50 |
| 11/3/2016 | JBE | Review of consent order resolving MFR and payment history, discussed with CB. Email exchange with client re. Trustee payments. | 0.50<br>150.00/hr | 75.00 |
|  | CB | Emailed changes to Cure Order on Subaru to adversary after review of payment histories and clients recent payment with JES | 0.30<br>375.00/hr | 112.50 |
|  | CB | Drive to and from Newark for Trustee's COD hearing (time split with other clients) | 0.20<br>150.00/hr | 30.00 |
|  | CB | Court appearance at Trustee's COD hearing | 0.30<br>375.00/hr | 112.50 |
| 11/29/2016 | CB | Reviewed APOC filed by DiTech on 2nd mortgage. Material figures remain unchanged from prior APOC. No objection is needed | 0.20<br>375.00/hr | 75.00 |
| 11/30/2016 | CB | Plan and prepare for Confirmation and Trustee's MTD hearings, scheduled for tomorrow | 0.30<br>375.00/hr | 112.50 |
| 12/1/2016 | CB | Drive to Newark for Confirmation and Trustee's COD hearing (time split with other clients) | 0.20<br>150.00/hr | 30.00 |
|  | CB | Court appearance at Confirmation and Trustee's COD hearings | 0.30<br>375.00/hr | 112.50 |

Eugene & Milagros Babitz                                                                                              Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2016 | AS | Review of Notice of Mortgage Payment Change. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 1/16/2017 | AS | Review of Ch.13 Trustee Annual Report. Saved to server. | 0.10<br>150.00/hr | NO CHARGE |
| 3/14/2017 | CB | Review of Fee App draft bill.  No charged where needed | 0.10<br>375.00/hr | NO CHARGE |
| 4/20/2017 | AS | Drafting of April 2017 Fee Application | 1.00<br>150.00/hr | 150.00 |
|  |  | For professional services rendered | 16.20 | $3,097.50 |

Additional Charges :

| 8/22/2016 | Postage |  | 6.47 |
|---|---|---|---|
| 10/3/2016 | Postage |  | 6.88 |
| 10/28/2016 | Postage |  | 16.94 |
| 11/3/2016 | Parking and/or Tolls- |  | 1.63 |
| 12/1/2016 | Parking and/or Tolls- |  | 3.00 |
|  | Total costs |  | $34.92 |
|  | Total amount of this bill |  | $3,132.42 |
|  | Previous balance |  | $1,991.83 |
| 7/25/2016 | Payment - Thank You |  | ($850.50) |
| 12/27/2016 | Payment - Thank You |  | ($1,129.20) |
| 1/23/2017 | Payment - Thank You |  | ($12.13) |
|  | Total payments and adjustments |  | ($1,991.83) |
|  | Balance due |  | $3,132.42 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| CB - Christopher Balala, Esq. | 5.10 | 375.00 |
| CB - Christopher Balala, Esq. | 0.80 | 150.00 |
| CB - Christopher Balala, Esq. | 0.10 | 0.00 |
| AS - Alex Scolavino - Paralegal | 1.30 | 150.00 |
| AS - Alex Scolavino - Paralegal | 2.90 | 0.00 |

Eugene & Milagros Babitz                                                                                                  Page        5

| Name | Hours | Rate |
|---|---:|---:|
| JBE - John B Esposito - Paralegal | 5.00 | 150.00 |
| JR - Jamal Romero - Paralegal | 0.80 | 150.00 |
| JR - Jamal Romero - Paralegal | 0.20 | 0.00 |